AO 440 (Rev. 06/12) Summons in a Civil Action

FILED

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2013 APR -2  P 12: 58

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

THE FEDERAL HOME LOAN MORTGAGE CORPORATION

*Plaintiff(s)*

v.

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BARCLAYS BANK PLC; BRITISH BANKERS' ASSOCIATION; BBA ENTERPRISES, LTD; BBA LIBOR, LTD; CITIGROUP, INC.; CITIBANK, N.A.; COOPERATIVE CENTRALE RAIFFEISEN-BOERENLEENBANK, B.A.; CREDIT SUISSE GROUP AG; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK USA, N.A.; J.P. MORGAN CHASE & CO.; J.P. MORGAN CHASE BANK, N.A.; LLOYDS BANKING GROUP, PLC; HBOS PLC; THE NORINCHUKIN BANK; ROYAL BANK OF CANADA; THE ROYAL BANK OF SCOTLAND GROUP PLC; THE ROYAL BANK OF SCOTLAND PLC; THE BANK OF TOKYO-MITSUBISHI UFJ, LTD; UBS AG; WESTLB AG; and PORTIGON AG;

*Defendant(s)*

Civil Action No. 1:13CV342

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Bank of Tokyo-Mitsubishi UFJ, Ltd.
1251 Avenue of the Americas
New York, NY 10020-1104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard J. Leveridge
James R. Martin
Jennifer D. Hackett
Lisa Kaas (VA Bar #68290)
Dickstein Shapiro LLP
1825 I Street, NW
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/14/13

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:13-cv-342 TSE/IDD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Bank of Tokyo-Mitsubishi UFJ, Ltd.
was received by me on *(date)* 03/26/13 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Christopher M. Viapiano, Esquire , who is designated by law to accept service of process on behalf of *(name of organization)* The Bank of Tokyo-Mitsubishi UFJ, Ltd. at 1701 Pennsylvania Avenue, NW, Washington, DC 20006 on 03/27/13 at 12:30 pm.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/28/13

*Server's signature*

Ambiko Guice, Private Process Server
*Printed name and title*

**Capitol Process Services, Inc.**
**1827 18th Street, NW**
**Washington, DC 20009**
**(202) 667-0050**

*Server's address*

Additional information regarding attempted service, etc:
* Complaint with Exhibits 1-24