IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THE FEDERAL HOME LOAN          )
MORTGAGE CORPORATION           )
                               )                    APR 2 4 2013
      Plaintiff,               )
                               )
v.                             )     1:13cv342 (LMB/IDD)
                               )
BANK OF AMERICA                )
CORPORATION, et al.            )
                               )
      Defendants.              )

ORDER

It appears from the record that defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. is in default.  Accordingly, it is hereby

ORDERED that plaintiff immediately obtain a default from the Clerk pursuant to Fed. R. Civ. P. 55(a), and it is further

ORDERED that promptly after obtaining an entry of default, plaintiff file a motion for default judgment and an accompanying memorandum setting forth the factual and legal support for findings that (a) this court has subject matter and personal jurisdiction, including how the defaulting defendant was served and why that service was proper; (b) the complaint alleges facts establishing all the necessary elements of one or more claims on which relief can be granted; and (c) plaintiff can receive the damages and any other relief sought, with specific references to

affidavits, declarations, or other evidence supporting such relief, and it is further

ORDERED that plaintiff file a Notice setting the hearing of the motion for default judgment for 10:00 a.m. on Friday, May 24, 2013, before the magistrate judge to whom this action is referred, or in event of a conflict, then on the date obtained from the chambers of the magistrate judge, and mail copies of the notice, motion, and memorandum to the defaulting defendant at the defendant's last known address, certifying the same to the court.

The Clerk is directed to forward a copy of this Order to counsel of record and to the defaulting defendant at the address listed in the case file.

Entered this 24th day of April, 2013.


Alexandria, Virginia

                                        /s/
                                        _____
                                        Leonie M. Brinkema
                                        United States District Judge


2