IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| THE FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | 1:13-cv-342 (LMB/IDD) |
| BANK OF AMERICA CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff has advised the Court that service of the Complaint was erroneously made on defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. Because the Court finds that the requested relief is appropriate and will not prejudice the parties, the Motion for Relief From Order [Dkt. No. 6] is GRANTED, and it is hereby

ORDERED that the April 24, 2013 Order requiring plaintiff to obtain a default be and is VACATED; and it is further

ORDERED that all pretrial deadlines in this civil action be and are STAYED pending a final transfer order from the Judicial Panel on Multidistrict Litigation. If such an order is not issued by June 7, 2013, plaintiff must provide a status report to the Court.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 26th day of April, 2013.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge